# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

CONNIE VOHLAND,

        Plaintiff,                8:14CV110

    vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,           ORDER

        Defendant.

Upon notice of settlement given to the magistrate judge on May 23, 2014, by Mark D. Hill, attorney for the defendant,

**IT IS ORDERED** that:

1. On or before **June 23, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled telephone planning conference is cancelled upon the representation that this case is settled.

Dated this 23rd day of May, 2014.

                                                  BY THE COURT:

                                                  s/ Thomas D. Thalken
                                                  United States Magistrate Judge