# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE VOHLAND ) | | |
| ) | | |
| Plaintiff, ) | Case No. 8:14-cv-00110 | |
| ) | | |
| v. ) | | |
| ) | **ORDER** | |
| LIBERTY MUTUAL FIRE ) | | |
| INSURANCE COMPANY ) | | |
| ) | | |
| Defendant. ) | | |

This matter comes before the Court upon the parties' Joint Stipulation for Dismissal of the Lawsuit, with Prejudice (Filing No. 11). Upon consideration thereof, the Court being fully advised in the premises, finds that dismissal should be granted. It is therefore ORDERED that the case is dismissed with prejudice, with each party bearing their own costs and fees.

DATED this 17th day of June, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

OMA-366899-1